IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAMAR DEAN,<br><br>    Petitioner,<br><br>vs.<br><br>CHERYL PLILER, Warden, et al.<br><br>    Respondents. | Case No. CIV-S-97-1584 (JKS)<br><br><br>JUDGMENT |

\_\_ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's claims are **DISMISSED WITH PREJUDICE.** The Court finds that there is no just reason for delay and that this judgment is immediately appealable.

APPROVED:

/s/ James K. Singleton, Jr.
_____
**JAMES K. SINGLETON, JR.**
United States District Judge

April 18, 2005
_____
Date

Jack L. Wagner, Clerk
_____
Clerk

_M. Brigga_
_____
(By) Deputy Clerk